TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
RICKEY D. TURNER, JR. CO Bar No.38353
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18TH Street, South Terrace, Suite 370
Tel: (303) 844-1373
Email: rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-90-TUC-JCH |
| | ) |
| U.S. Fish and Wildlife Service; and | ) **UNOPPOSED MOTION FOR** |
| Debra Haaland, in her official capacity | ) **EXTENSION** |
| as Secretary of the U.S. Department of | ) |
| the Interior, | ) |
| | ) |
| Defendants. | ) |
| ——————————————— | ) |

Defendants, the U.S. Fish & Wildlife Service, *et al.* (collectively, "FWS"), respectfully request an extension of time, until August 4, 2022, to respond to Plaintiff's complaint. In support of this request, Defendants state the following:

1. The deadline to respond to Plaintiff's complaint is July 5, 2022.

2. The Parties are in settlement discussions and require additionla time.

3. To allow additional time for settlement discussion, Defendants request an extension of time, until August 4, 2022, to respond to Plaintiff's complaint.

4.  Plaintiff does not oppose this request.

Respectfully submitted on this 1st day of July, 2022.

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.
CO Bar No. 38353
Senior Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Phone: (303) 844-1373
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*