IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>　　　　　Defendants. | No. CV-22-00090-TUC-JCH<br><br>**ORDER** |

　　The Court enters the following Case Management Order to govern the litigation in this case:

1. <u>Dispositive Motions</u>.

    The parties do not anticipate joining parties, amending pleadings, conducting discovery, or reaching trial. The Court adopts the following deadlines:

    a. Dispositive Motions will be filed by **February 24, 2023.**

    b. If the case has not settled, the parties will file a notice of stipulated briefing schedule by **February 3, 2023**. The schedule will provide for the filing of a joint stipulated statement of facts setting forth uncontested, material facts upon which the parties can agree. If necessary, the parties may each file a separate statement of facts along with their respective cross-motions for summary judgment.

2. <u>Briefing Requirements</u>.

    a. All memoranda must comply with the local rules, such as Local Rule 7.1(b) requiring 13-point font in text and footnotes.

    b. Citations in support of any assertion in the text shall be included in the text, not in footnotes.

**IT IS SO ORDERED**.

Dated this 5th day of October, 2022.

_____
Honorable John C. Hinderaker
United States District Judge