IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Center for Biological Diversity,

      Plaintiff,

v.

United States Fish and Wildlife Service; and Doug Burgum, in His Official Capacity as Secretary of the United States Department of the Interior,

      Defendants.

CASE NO. CV-22-00090-TUC-JCH

**ORDER GRANTING EXTENSION OF TIME TO FILE A MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Before the Court is the parties' Joint Motion to Extend Time to File A Motion for Attorneys' Fees and Litigation Expenses in order to allow the parties time to seek a resolution of attorneys' fees and costs issues via settlement. (Doc. 60). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Extend the Time to File a Motion for Attorneys' Fees and Litigation Expenses. (Doc. 60). The deadline for Plaintiff to file a motion for attorneys' fees and expenses shall be extended to October 31, 2025.

Dated this ___ day of July, 2025.