IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>        Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>        Defendants. | No. CV-22-00090-TUC-JCH<br><br>**ORDER** |

On October 21, 2025, the Court stayed the deadlines this in case in light of the lapse of appropriations to Executive agencies, including the Department of Justice and the Fish and Wildlife Service. *See* Doc. 63. The Court ordered the parties to file a status report within 10 days of appropriations being restored proposing revised deadlines for (1) Plaintiff to file a motion for attorneys' fees and expenses and (2) the Fish and Wildlife Service to provide a status update consistent with the Court's March 12, 2025 Order.

The Joint Status Report (Doc. 64) proposes a deadline of **January 23, 2026** for Plaintiff to file a motion for attorneys' fees and expenses. The parties further propose a deadline of **December 22, 2025**, and every 180 days thereafter until the Fish and Wildlife Service completes consultations and issues Biological Opinions on the remaining pesticides at issue, to provide a status update consistent with the Court's March 12, 2025 Order. Upon consideration, and good cause appearing, the Court will adopt the proposed deadlines.

///

Accordingly,

**IT IS ORDERED** lifting the stay of deadlines in this case.

**IT IS FURTHER ORDERED** that Plaintiff may file its motion for attorneys' fees and expenses on or before **January 23, 2026**.

**IT IS FURTHER ORDERED** that Defendants shall provide the Court with status updates on the Fish and Wildlife Service's progress in issuing final Biological Opinions on atrazine, simazine, chlorpyrifos, and diazinon on **December 22, 2025**, and every 180 days thereafter.

Dated this 25th day of November, 2025.

John C. Hinderaker
United States District Judge